**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter  13** |
| Robert J. Creasy | : | |
| | : | |
| Debtor | : | **Bky. No.**  20-10451-PMM |

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

Robert J. Creasy has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one**. (**If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on August 13, 2020 at 11:00 a.m., United States Bankruptcy Court The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

                                                               **BURKE & HESS**

**Date: July 21, 2020**                                     **/s/ Michael D. Hess**
                                                               **Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA  17601
717-391-2911 phone
717-391-5808 fax
mdhess7@yahoo.com**