**UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
| | | |
|---|---|---|
| Robert J. Creasy | : | Case No. 20-10451-pmm |
| | : | |
| | : | Chapter 13 |

**PRAECIPE TO WITHDRAW OBJECTION TO ELIZON MASTER PARTICIPATION TRUST I, U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE (PROOF OF CLAIM NO. 4-1)**

**TO THE CLERK:**

Kindly withdraw our Objection to Proof of Claim No. 4-1, Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee, which was filed on July 21, 2020, for the above captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

By: /s/ Michael D. Hess
Michael D. Hess, Esquire
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA 17601
(717) 391-2911