| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 20-10451-PMM

Robert J. Creasy
356 Schoolhouse Road
New Providence  PA    17560

Petition Filed Date: 01/24/2020
341 Hearing Date: 03/24/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/03/2020 | $592.00 | 1588954 | 03/31/2020 | $592.00 | 51343629715 | 05/01/2020 | $200.00 | 51343629748 |
| 06/02/2020 | $200.00 | 51343629761 | 07/01/2020 | $200.00 | 51343629794 | 08/04/2020 | $200.00 | 51343629827 |

**Total Receipts for the Period: $1,984.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,984.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert J. Creasy | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,984.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($200.00) |
| Paid to Trustee: | $183.00 | Total Plan Base: | $32,504.00 |
| Funds on Hand: | $1,801.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.