United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 20-10451-pmm
Robert J. Creasy   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4   User: admin   Page 1 of 2
Date Rcvd: Mar 04, 2021   Form ID: pdf900   Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Creasy, 356 Schoolhouse Road, New Providence, PA 17560-9701 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14586959 | + | Burke & Hess, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| 14477675 | + | Elizon Master Participation Trust I,, US Bank Truste National Association, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14476701 | + | Elizon Master Participation Trust I, U.S. Bank Tru, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14466842 | + | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2021 02:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 05 2021 02:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14459315 | + | Email/PDF: cbp@onemainfinancial.com | Mar 05 2021 02:35:19 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14485100 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 05 2021 02:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14456909 | | Email/Text: bknotices@snsc.com | Mar 05 2021 02:24:00 | SN Servicing, 323 Fifth Street, Eureka, CA 95501 |
| 14485058 | | Email/Text: bknotices@snsc.com | Mar 05 2021 02:24:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 14470377 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 05 2021 02:23:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 14456910 | | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 05 2021 02:23:00 | Westlake Financial Services, PO Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Mar 04, 2021 Form ID: pdf900 Total Noticed: 18

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| MICHAEL D. HESS | on behalf of Debtor Robert J. Creasy amburke7@yahoo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Robert J. Creasy<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 20-10451-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 4, 2021**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE