| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-10451-PMM**

| | |
|---|---|
| Robert J. Creasy | Petition Filed Date: 01/24/2020 |
| 356 Schoolhouse Road | 341 Hearing Date: 03/24/2020 |
| New Providence  PA    17560 | Confirmation Date: |

Case Status: Dismissed Before Confirmation on 3/ 4/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/03/2020 | $592.00 | 1588954 | 03/31/2020 | $592.00 | 51343629715 | 05/01/2020 | $200.00 | 51343629748 |
| 06/02/2020 | $200.00 | 51343629761 | 07/01/2020 | $200.00 | 51343629794 | 08/04/2020 | $200.00 | 51343629827 |
| 09/02/2020 | $200.00 | 26968394002 | 10/06/2020 | $200.00 | 26968394046 | 11/13/2020 | $200.00 | 26968394114 |
| 12/08/2020 | $200.00 | 26968394182 | 01/06/2021 | $200.00 | 26968394226 | 02/09/2021 | $200.00 | 26968394283 |
| 03/03/2021 | $200.00 | 26968394362 | 04/06/2021 | $200.00 | 26968394430 | | | |

**Total Receipts for the Period:  $3,584.00    Amount Refunded to Debtor Since Filing:  $3,297.00    Total Receipts Since Filing: $3,584.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert J. Creasy | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | Robert J. Creasy | Debtor Refunds | $3,297.00 | $3,297.00 | $0.00 |
| 0 | MICHAEL D HESS ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-10451-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,584.00 | Current Monthly Payment: | $800.00 |
| Paid to Claims: | $3,297.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $287.00 | Total Plan Base: | $41,384.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.